UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

DAVID E. GEPHART                              CASE NO. 07-11485
REBECCA J. GEPHART                            Chapter 7

    Debtors.

NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS

    Comes now, Mark A. Warsco, Trustee in the above-captioned bankruptcy proceeding, and submits this notice of deposit of unclaimed funds and states as follows:

    1. That Mark A. Warsco is the duly appointed Trustee and as such holds funds of this estate, which should be distributed to creditors thereof.

    2. The following distributions were made and the payments were not cashed within the ninety days.

| CLAIMANT | CHECK NO. | AMOUNT OF DISTRIBUTION |
|---|---|---|
| Verizon North, Inc. | 3009 | $76.83 |

    3. Ninety days has past since the distribution of the funds listed in paragraph 2 the Trustee has placed a stop payment on the funds and is depositing same with the U.S. Bankruptcy Clerk as unclaimed funds pursuant to FRBP 3011(a) and 11 U.S.C. §347(a).

    4. Trustee believes it appropriate that the sum set forth in paragraph 2 be paid to the U.S. Bankruptcy Clerk for the use and benefit of the party set forth therein.

1

DATED: April 15, 2010

           __/s/ Mark A. Warsco_____
           Mark A. Warsco, Trustee
           ROTHBERG LOGAN & WARSCO LLP
           P.O. Box 11647
           Fort Wayne, IN 46859-1647
           (260) 469-0256
           bankruptcy@rlwlawfirm.com

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the attached document has been served on the following parties by deposit in the U.S. Mail, postage prepaid or electronically via ECF system, this 15th day of April, 2010:

  Office of U.S. Trustee
  USTPRegion10.SO.ECF@usdoj.gov

  Anthony T. Adolf
  AnthonyAdolf@earthlink.net

  Verizon North Inc.
  AFNI/Verizon
  404 Brock Drive
  Bloomington, IL 61701

           ____/s/ Tiffany Wehner_____
           Tiffany Wehner, Legal Assistant